IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR 04-2195 TUC JMR (BPV) |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| MARY ELIZABETH SCHIPKE, ) | |
| ) | |
| Defendant. ) | |

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation, and no objections having been filed by counsel of record,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's report and recommendation dated November 5, 2008 and

THE COURT FINDS the Defendant Mary Elizabeth Schipke in violation of the alleged charge.

IT IS FURTHER ORDERED that the Disposition Hearing is set for January 23, 2009 at 10:05 a.m.

DATED this 1st day of December, 2008.

_____
John M. Roll
Chief United States District Judge