IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>        Plaintiff,                                )<br>                                                            )<br>        vs.                                           )<br>                                                            )<br>MARY ELIZABETH SCHIPKE,       )<br>                                                            )<br>        Defendant.                              )<br>_____) | NO.   CR 04-02195-TUC-CKJ(BPV)<br><br>**REPORT AND RECOMMENDATION ON REVOCATION PROCEEDINGS (VIOLATION OF SUPERVISED RELEASE)** |

On January 12, 2011, a Petition to Revoke Supervised Release [Doc. 530] was filed, an Arrest Warrant [Doc. 531] issued, and Defendant Mary Elizabeth Schipke was arrested. The Defendant was initialed [Doc. 533] on said Petition on January 14, 2011, and an Admit/Deny Hearing was scheduled for February 7, 2011, before this Court. A Superseding Petition to Revoke Supervised Release [Doc. 535] was filed on January 27, 2011. On February 1, 2011, Defendant filed a Motion for Emergency Hearing Regarding Detention and Conditions of Detention [Doc. 536], which was set for hearing on February 3, 2011, before this Court. At said hearing [Doc. 543], defense Counsel advised that the Admit/Deny Hearing scheduled for February 7, 2011, would, in fact, be an Evidentiary Hearing. The February 7, 2011, hearing was rescheduled for February 16, 2011.

An Amended Superseding Petition to Revoke Supervised Release [Doc. 546] was filed February 11, 2011, which came on for Evidentiary Hearing before this Court on February 16, 2011. The Government called as witnesses Barbara Wentz, John Cruz, Donna Salazar, U of A Police Officer Ian Kelly, U of A Police Officer Martin Ramirez, Tonya

1  McCracken, and Andrea Sanders. The defense called as witnesses Agent Andrew
2  Tuzzolino, Joe Dopadre, and Defendant.

3  Having considered the briefing, arguments, and evidence presented, **THE COURT**
4  **FINDS** that the Defendant violated the law as alleged in Allegations A and B of the
5  Amended Superseding Petition to Revoke Supervised Release and that the Defendant did not
6  commit the offense alleged in Allegation C of the Petition, i.e. the false reporting statute.

7  **IT IS ORDERED** that a Disposition Hearing is scheduled before District Court Judge
8  Cindy K. Jorgenson on April 21, 2011, at 10:30 a.m.

9  The parties have fourteen (14) days from the date of this Report and Recommendation
10 to file a Notice of Appeal with the District Court.

11 DATED this 28th day of February, 2011.

_____
Bernardo P. Velasco
United States Magistrate Judge